| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON AT SEATTLE |

| | |
|---|---|
| JUSTIN BROOKS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEUHAUSER HAULING LLP, a South Dakota Partnership; CLAYTON NEUHAUSER and MARY THOMAS;<br><br>AM FREIGHT OPERATIONS, INC. d/b/a ROAD RUNNER AUTO TRANSPORT, a New York corporation; JOSEPH GUARINO, individually, and the marital community comprised of JOSEPH GUARINO and JANE DOE GUARINO, and<br><br>JOHN DOES 1 – 20,<br><br>　　　　　　Defendants. | NO. 2:24-cv-01049-JHC<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT AM FREIGHT OPERATIONS, INC. d/b/a ROAD RUNNER AUTO TRANSPORT |

## **STIPULATION**

Plaintiff Justin Brooks and Defendant AM Freight Operations, Inc. d/b/a Road Runner Auto Transport, by and through their undersigned counsel, hereby stipulate that all the claims and causes of action in this matter against AM Freight Operations, Inc. d/b/a Road Runner

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT AM FREIGHT
OPERATIONS, INC. D/B/A ROAD RUNNER
AUTO TRANSPORT - 1

Auto Transport have been settled and shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

DATED this 22nd day of August, 2024

By: /s/ Andrew D. Shafer
Andrew D. Shafer, WSBA No. 9405
KETTER, SHEPPARD & JACKSON, PLLP
50- 116th Ave. SE; Suite 201
Bellevue, WA 98004
Phone: 206-799-5128
Email: ashafer@sksp.com
Attorney for Defendants AM Freight Operations, Inc. d/b/a Road Runner Auto Transport and Joseph Guarino

By: /s/ Boris Davidovskiy
Boris Davidovskiy, WSBA No. 50593
BORIS DAVIDOVSKIY, P.C.
6100 219th Street SW, Suite 2050
Mountlake Terrace, WA 98043
Phone: 425-582-5200
Email: boris@davidovskiylaw.com
Counsel for Plaintiff

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT AM FREIGHT OPERATIONS, INC. D/B/A ROAD RUNNER AUTO TRANSPORT - 2

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. All the claims and causes of action in this matter again AM Freight Operations, Inc. d/b/a Road Runner Auto Transport shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 17th day of September, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT AM FREIGHT
OPERATIONS, INC. D/B/A ROAD RUNNER
AUTO TRANSPORT - 3