UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BROOKS, | Case No. 2:24-cv-01049-JHC |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| v. | |
| NEUHAUSER HAULING, LLP, a South Dakota Partnership; CLAYTON NEUHAUSER and MARY THOMAS; AM FREIGHT OPERATIONS, INC. d/b/a ROAD RUNNER AUTO TRANSPORT, a New York corporation; JOSEPH GUARINO, individually, and the marital community comprised of JOSEPH GUARINO and JANE DOE GUARINO; JOHN DOES 1-20, | |
| Defendants. | |

COME NOW the parties, pursuant to their Settlement Agreement, and hereby stipulate and agree that this matter and all claims asserted therein have been fully settled and compromised, and therefore should be dismissed with prejudice and without award of costs or fees.

DATED this  21st  day of November, 2024.

*s/ Boris Davidovskiy*
Boris Davidovskiy, WSBA 50593
Law Office of Boris Davidovskiy, P.C.
6100 219th Street, SW
Suite 480
Mountlake Terrace, WA 98403
Tel. (425) 582-5200
Email: boris@davidovskiylaw.com
Attorney for Plaintiff

*s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
Lane Powell, P.C.
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Tel. (206) 223-7718
Email: blocks@lanepowell.com
Attorney for Defendants Neuhauser Hauling, LLP, Clayton Neuhauser and Mary Thomas

STIPULATED ORDER OF DISMISSAL - 2
CASE NO. 2:24-cv-01049

## ORDER

The parties having so stipulated, it is hereby

ORDERED that this matter be and hereby is

DISMISSED with prejudice and without award of costs or attorneys' fees.

Date: November 21, 2024.

So Ordered:

_John H. Chun_
John H. Chun
United States District Judge

STIPULATED ORDER OF DISMISSAL - 3
CASE NO. 2:24-cv-01049